IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE A. SMITH,

    Plaintiff,

vs.                                      CASE NO. 5:07cv27/RS

WARDEN HARRIS, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 6). I have reviewed Plaintiff's objections (Doc. 7) *de novo*.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Pursuant to 28 U.S.C. §1915(g), this case is dismissed without prejudice.

3.     All pending motions are now denied as moot.

4.     The clerk is directed to close the file.

ORDERED on March 6, 2007.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**